

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2017

No. 04-17-00713-CR

**IN RE** Esmeralda C. **RODRIGUEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
            Rebeca C. Martinez, Justice
            Irene Rios, Justice

On October 27, 2017, Relator filed a petition for writ of mandamus. The court has considered the petition and is of the opinion Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on October 30, 2017.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of October, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 147709, styled *Esmeralda C. Rodriguez v. State of Texas*, pending in the County Court at Law No. 13, Bexar County, Texas, the Honorable Crystal D. Chandler presiding.